**STATE of Missouri, Respondent,**

v.

**Maurice WILSON, Appellant.**

**No. ED 100207.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 9, 2014.

Gwenda R. Robinson, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Adam Rowley, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

The defendant, Maurice Wilson, appeals the judgment and sentence entered by the Circuit Court of the City of St. Louis following his conviction by a jury of one count of first-degree robbery and one count of armed criminal action. The trial court sentenced the defendant to two con-

current sentences of 20 years of imprisonment. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 30.25(b).